CJudge@secure.lincare.com, www.lincare.com

**From:** Watkins, Jillian (JWatkin6)
**Sent:** Friday, June 19, 2020 3:13 PM
**To:** Judge, Christine (CJudge) <CJudge@secure.lincare.com>
**Cc:** Robinson, Sherry (SRobins5) <srobins5@secure.lincare.com>
**Subject:** RE: re: Andrea McClung

If that is what you recommend that is fine. The written warning stated if she didn't demonstrate immediate and sustained improvement future corrective action, up to and including employment termination will occur. That is why I requested termination. Please send me the final written warning and I will present it to the employee.

Jillian Watkins
Center Manager



All Med Huntington
Phone 304.525.0775 ext 23920, Fax 304.529.8024, Cell 304.546.5719
jwatkin6@lincare.com, www.lincare.com

**From:** Judge, Christine (CJudge)
**Sent:** Friday, June 19, 2020 3:02 PM
**To:** Watkins, Jillian (JWatkin6)
**Cc:** Robinson, Sherry (SRobins5)
**Subject:** re: Andrea McClung

Hi Jillian,
While I absolutely appreciate your frustration in now discovering that the employee hasn't corrected the deficiencies you issued her a warning for over 2 months ago, the employee was issued only one written warning, and should now be at a Final Written Warning. It isn't recommended to skip a step due to lack of keeping track of her performance. That is exactly how employers get into hot water with the EEOC, particularly as this employee is in 2 protected classes (female, over 40). I strongly urge you to issue a FWW, and then a week from now if she is still making the same mistakes she can be termed without risk.
Please let me know your thoughts.

Christine Judge
HR Business Partner



Lincare
Phone +727.431.1229, Fax +727.524.8733
CJudge@secure.lincare.com, www.lincare.com

