# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

JILLIAN WATKINS,

        Plaintiff,

v.                               CIVIL ACTION NO. 3:22-0109

LINCARE, INC.,

        Defendant

## ORDER

Pending is Defendant Lincare Inc.'s Motion to Exclude Testimony of Ian Newmark, M.D. ECF No. 190. Inasmuch as the Plaintiff no longer intends to call Dr. Newmark at trial, Defendant's motion is **DENIED AS MOOT.**

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                                        ENTER:       May 6, 2024

                                        ROBERT C. CHAMBERS
                                        UNITED STATES DISTRICT JUDGE