## Moreau, Sandra (smoreau)

**From:** Robinson, Sherry (SRobins5)
**Sent:** Monday, January 4, 2021 4:51 PM
**To:** Moreau, Sandra (smoreau)
**Subject:** RE: HCS Brittany Turley

Steve's is 304-638-9479. I don't have Kayla's.

**From:** Moreau, Sandra (smoreau) <SMoreau@lincare.com>
**Sent:** Monday, January 4, 2021 4:49 PM
**To:** Robinson, Sherry (SRobins5) <srobins5@secure.lincare.com>
**Subject:** RE: HCS Brittany Turley

I need to speak with Kayla and Steve...do you have their cell phone numbers?

**From:** Robinson, Sherry (SRobins5) <srobins5@secure.lincare.com>
**Sent:** Monday, January 4, 2021 4:02 PM
**To:** Moreau, Sandra (smoreau) <SMoreau@lincare.com>
**Subject:** FW: HCS Brittany Turley

Brittany is the HCS that quit in South Point today.

**From:** Reynolds, Will (wreynold) <wreynold@secure.lincare.com>
**Sent:** Monday, January 4, 2021 3:52 PM
**To:** Robinson, Sherry (SRobins5) <srobins5@secure.lincare.com>
**Subject:** FW: HCS Brittany Turley

FYI

**From:** Smith, Steve (ssmith1) <ssmith1@secure.lincare.com>
**Sent:** Monday, January 4, 2021 3:50 PM
**To:** Reynolds, Will (wreynold) <wreynold@secure.lincare.com>
**Subject:** RE: HCS Brittany Turley

West Virginia Care Board called Kayla back. They were asking her questions about the Cpap being set and the INR being setup by non-clinician. Kayla answered the questions and was told that these were very serious issues. Kayla told them that everything had been reported and Lincare was investigating. She was told that these were very serious issues but that West Virginia Board would give the company the opportunity to get them resolved but if these issues were not resolved then they would be doing their own investigation. I also was told that Brittany mentioned they WV Care Board last week. When I meet her to get the keys and the tablet she may have more to say to me. I will let you know.

**From:** Reynolds, Will (wreynold)
**Sent:** Monday, January 4, 2021 2:24 PM
**To:** Smith, Steve (ssmith1) <ssmith1@secure.lincare.com>
**Subject:** RE: HCS Brittany Turley

1


PLAINTIFF'S EXHIBIT A

CONFIDENTIAL

LINCARE001981

I was aware of the mdINR and the CPAP setting issue, and yes Sherry is aware and so is the Huntington center.

Did Kayla say what the Board asked her about?

**From:** Smith, Steve (ssmith1) <ssmith1@secure.lincare.com>
**Sent:** Monday, January 4, 2021 2:20 PM
**To:** Reynolds, Will (wreynold) <wreynold@secure.lincare.com>
**Subject:** RE: HCS Brittany Turley

She said that Jill was setting Trilogies then having her deliver them telling her everything was ready to go. I guess I don't know why they felt Brittany could not set them herself. She was in the center when a CSR set a Cpap and when Brittany asked did they need her help she was told no that they do this all the time. There was INR that was set up in the office which Brittany offered to do but was told it wasn't necessary. Kayla became involved in it and was asked that since the INR had already been set up would she be willing to sign the paperwork. Kayla told them no. Brittany was aware of this. Now she is worried that she could have done things unknowingly since she was new there and said she just could not take a chance and she was so sorry to quit but that that is what she felt was best. It was also said to me that she feels as though Allied knows that Sherry Robinson was contacted about all this and now they are being rude and vindictive about it. Kayla let me know that she was contacted by West Virginia Care board today regarding a possible issue with AllMed. I do not know if Brittany was contacted also or not.

**From:** Reynolds, Will (wreynold)
**Sent:** Monday, January 4, 2021 1:42 PM
**To:** Smith, Steve (ssmith1) <ssmith1@secure.lincare.com>
**Subject:** RE: HCS Brittany Turley

What specifically has Brittany been asked to do that would have jeopardized her license?

**From:** Smith, Steve (ssmith1) <ssmith1@secure.lincare.com>
**Sent:** Monday, January 4, 2021 1:39 PM
**To:** Reynolds, Will (wreynold) <wreynold@secure.lincare.com>
**Subject:** HCS Brittany Turley

I received an email from Brittany telling me she was quitting effective immedialtely. I spoke to her to find out why and what she said was that she could not work here with having to go to Allmed and work over there being asked to do things that could jeopardize her license. And since there could be no guarantee she would have to go over there and work she was quitting. I will sending a separate email to Carol letting her know that Brittany quit. Please send for approval for backfilling the position.

CONFIDENTIAL

LINCARE001982