

James D. Lamp | Attorney at Law | (304) 963-4960 | jdlamp@burnswhite.com



May 23, 2024

Rory L. Perry, II, Clerk of the Court
United States District Court Clerk
P. O. Box 2546
Charleston, WV 25329

      Re:   *Jillian Watkins v. Lincare Inc.*
            District Court of Southern District of West Virginia
            Civil Action No.: 3:22-CV-0109 (Judge Robert C. Chambers)
            BW File No.: 15892-284505

Dear Mr. Perry:

    As you may know, the parties contacted me and requested that I mediate the above-referenced matter pending before Judge Chambers. Pursuant to LR Civ P 16.6.8, I submit the following report.

    On May 22, 2024, a mediation session was conducted. The parties negotiated openly and knowledgeably about the case. I am pleased to report that, as a result of these mediation negotiations, a resolution of all claims was reached. Counsel has already contacted the Court respecting same.

    I am pleased to be of service to the parties, counsel, and the Court. Should you have any questions regarding the mediation, do not hesitate to contact me.

                                                     Sincerely yours,

                                                     James D. Lamp

JDL/rje

720 Fourth Avenue | Huntington, WV 25701 | (304) 523-5400

DELAWARE | FLORIDA | NEW JERSEY | NEW YORK | OHIO | PENNSYLVANIA | WEST VIRGINIA | BURNSWHITE.COM

May 23, 2024
Page 2

CC:
    Rodney A. Smith, Esquire
    M. Alex Urban, Esquire
    Rod Smith Law, PLLC
    108 ½ Capitol Street, Suite 300
    Charleston, WV 25301

    Guy R. Bucci, Esquire
    Ashley N. Lynch, Esquire
    Law Office of Bucci & Lynch
    108 ½ Capitol Street, Suite 200
    Charleston, WV 25301

    Vivian H. Basdekis, Esquire
    Blake N. Humphrey, Esquire
    Frost Brown Todd LLP
    500 Virginia Street, Suite 1100
    Charleston, WV 25301

    Lawrence M. Kraus, Esquire
    Lea Gulotta James, Esquire
    Foley & Lardner LLP
    111 Huntington Avenue, Suite 2500
    Boston, MA 02199