# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**JILLIAN WATKINS,**

    Plaintiff,

v.                                **CIVIL ACTION NO.: 3:22-cv-0109**
                                    **JUDGE: Honorable Robert C. Chambers**

**LINCARE INC.,**

    Defendant.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Jillian Watkins and Defendant Lincare Inc., by undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the **DISMISSAL** of this entire action **WITH PREJUDICE.** The parties have reached a confidential settlement resolving all claims in the above-styled case. The parties waive the right or ability to challenge on appeal any rulings rendered in these proceedings. The parties are also responsible for their attorney's fees and costs, unless and except as provided by the confidential settlement.

Respectfully submitted,

| | |
|---|---|
| **JILLIAN WATKINS** | **LINCARE INC.** |
| By Counsel: | By Counsel: |
| | |
| */s/ Rodney A. Smith* | */s/ Vivian H. Basdekis* |
| Rodney A. Smith (WVSB # 9750) | Vivian H. Basdekis (WVSB # 10587) |
| M. Alex Urban (WVSB # 13480) | Blake N. Humphrey (WVSB # 14132) |
| Rod Smith Law PLLC | FROST BROWN TODD LLP |
| 108 ½ Capitol Street, Suite 300 | 500 Virginia Street, Suite 1100 |
| Charleston, WV 25301 | Charleston, WV 25301 |
| (T) : 304-342-0550 | (T) : 304- 348-2437 |
| (F) : 304-344-5529 | (F) : 304- 345-0115 |
| rod@lawv.com | vbasdekis@ftblaw.com |
| aurban@lawwv.com | bhumphrey@fbtlaw.com |

| | |
|---|---|
| Guy R. Bucci (WVSB # 521) | Lawrence M. Kraus (PHV-51108) |
| Ashley N. Lynch (WVSB # 11714) | Lea Gulotta James (PHV-51109) |
| 108 ½ Capitol Street, Suite 200 | Foley & Lardner LLP |
| Charleston, WV 25301 | 111 Huntington Avenue, Suite 2500 |
| (T) : 681-265-1960 | Boston, MA 02199 |
| guy.bucci@outlook.com | (T) : 617-342-4070 |
| ashleynlynch@outlook.com | lkraus@foley.com |
| | ljames@foley.com |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**JILLIAN WATKINS,**

    **Plaintiff,**

**v.**                                      **CIVIL ACTION NO.: 3:22-cv-0109**
                                                  **JUDGE: Honorable Robert C. Chambers**

**LINCARE INC.,**

    **Defendant.**

## CERTIFICATE OF SERVICE

I, Vivian H. Basdekis, do certify that on June 6, 2024, a true and correct copy of the foregoing ***Stipulation of Voluntary Dismissal with Prejudice*** was served via the Court's CM/ECF filing system, thereby causing service of the same on all parties via counsel of record.

                                                          */s/ Vivian H. Basdekis*
                                                          Vivian H. Basdekis (WVSB # 10587)